[No. 35256-3-I.    Division One.    May 13, 1996.]

CRAIG CHRISTIANSON, ET AL., *Appellants*, v.
SNOHOMISH HEALTH DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-00838-2, Joseph A. Thibodeau, J., entered June 24, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ. Now published at 82 Wn. App. 284.

[No. 35288-1-I.    Division One.    May 13, 1996.]

SEATTLE SCH. DIST., No. 1, *Respondent*, v. JOHN
STOKES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-03687-4, Charles W. Mertel, J., entered September 2, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 35393-4-I.    Division One.    May 13, 1996.]

FRANK S. ARKO, *Respondent*, v. KENNETH
DUCHARME, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-04017-9, Kathryn E. Trumbull, J., entered September 6, 1994. *Reversed* by unpublished opinion per Cox, J., concurred in by Webster and Agid, JJ.

[No. 35893-6-I.    Division One.    May 13, 1996.]

EUGENE FAIRBANKS, ET AL., *Appellants*, v. J. B.
McLOUGHLIN CO., INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-29900-1, Michael Hayden, J., entered September 9, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster and Becker, JJ.